133 A.3d 736

**Brahim BANKS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 16 EM 2016.**

Supreme Court of Pennsylvania.

March 23, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of March, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282 (2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.